1  MICHAEL S. HUMPHRIES
   State Bar Number 182407
2  Attorney at Law
   9047 Flower Street
3  Bellflower, California 90706
   (562) 804-0600
4  (562) 804-0603 (Fax)
   mshumphries@hutchenslaw.com
5
   Attorney for Plaintiff
6  FIRST CALL ENTERPRISES, LLC

7                  UNITED STATES DISTRICT COURT
8                  CENTRAL DISTRICT OF CALIFORNIA
9

10 FIRST CALL ENTERPRISES,      )   Case No. CV07-7557 JSL (JTLx)
11 LLC,                          )
                                 )   STIPULATION AND (PROPOSED) ORDER
12           Plaintiff,          )   TO DISMISS REXHALL INDUSTRIES,
                                 )   INC.
13      v.                       )
                                 )
14 REXHALL INDUSTRIES, INC.,     )
   WORKHORSE CUSTOM CHASSIS      )
15 CORPORATION, and              )
   DOES 1-20                     )
16                               )
             Defendants.         )
17 _____)

18
             TO ALL PARTIES AND THEIR ATTORNEYS:
19
      Plaintiff FIRST CALL ENTERPRISES, LLC and Defendant REXHALL
20
   INDUSTRIES, INC. hereby stipulate and request an order that Defendant
21
   REXHALL INDUSTRIES, INC. be dismissed with prejudice from the above
22
   captioned matter with the court to retain jurisdiction to enforce the
23
   settlement.
24

25
   IT IS SO STIPULATED:
26
        Dated: Sep. 5, 2008            _____
27                                          Michael S. Humphries
                                            Counsel for Plaintiff
28

                                     1

   STIPULATION AND (PROPOSED) ORDER TO DISMISS REXHALL INDUSTRIES, INC.

Dated: Sep. 5, 2008

Anthony Sonnett
Counsel for Defendant
Rexhall Industries, Inc.

PURSUANT TO THE STIPULATION OF COUNSEL, AND FOR GOOD CAUSE SHOWN, IT IS ORDERED THAT DEFENDANT REXHALL INDUSTRIES, INC. BE DISMISSED WITH THE COURT TO RETAIN JURISDICTION TO ENFORCE THE SETTLEMENT.

Dated: 9/18/08

STEPHEN V. WILSON
United States District Judge

2

STIPULATION AND (PROPOSED) ORDER TO DISMISS REXHALL INDUSTRIES, INC.